**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7034**

———————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

KEIRON WAYNE BRYANT,

                Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda Wright Allen, District Judge.  (2:05-cr-00082-AWA-JEB-1)

———————————

Submitted: November 20, 2012     Decided: November 26, 2012

———————————

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Keiron Wayne Bryant, Appellant Pro Se.  Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keiron Wayne Bryant appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence pursuant to Amendment 750 to the U.S. Sentencing Guidelines Manual (2010). We have reviewed the record and conclude the district court properly found it lacked the authority to reduce Bryant's 120-month sentence, which was the statutory mandatory minimum. See United States v. Munn, 595 F.3d 183, 187 (4th Cir. 2010) ("[A] defendant who was convicted of a crack offense but sentenced pursuant to a mandatory statutory minimum sentence is ineligible for a reduction under § 3582(c)(2)."). Accordingly, we affirm for the reasons stated by the district court. See United States v. Bryant, No. 2:05-cr-00082-AWA-JEB-1 (E.D. Va. May 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2